**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON THOMPSON,<br>#31082-007<br>3901 Klein Blvd.<br>Lompoc, CA 93436,<br><br>   *Plaintiff*,<br><br>     v.<br><br>UNITY HEALTH CARE, INC.,<br>1901 D St., SE<br>Washington, DC 20003,<br><br>   *Defendant*. | Civil Action No.: 18-0498 |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

  The United States, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, 2679(d)(2), and 42 U.S.C. § 233(c). In support of this Notice, the United States states as follows:

  1. Unity Health Care, Inc. is the Defendant in the civil action styled *Jason Thompson v. Unity Health Care, Inc.*, now pending in the Superior Court of the District of Columbia, Civil Action No. 2017 CA 006106 M before the Honorable Hiram Puig-Lugo. A copy of the Complaint, which was filed on August 28, 2017, is attached as Exhibit A.

  2. In his Complaint, Plaintiff brings medical malpractice claims against Defendant.

  3. At the time of the incidents alleged in the Complaint, Defendant was a grantee of the Department of Health and Human Services and was deemed an "employee" of the Public Health Service eligible for Federal Tort Claims Act malpractice coverage, pursuant to 42 U.S.C. § 233(g). *See* Decl. of E. Gibson ¶ 5 (attached as Ex. B).

4. On the basis of the Complaint and other available information, Daniel F. Van Horn, Chief of the Civil Division, United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified pursuant to 42 U.S.C. § 233(a) and (g) that Defendant Unity Health Care, Inc. was acting within the scope of its office or employment at the time of the alleged incidents.  *See* Certification of D. Van Horn (attached as Ex. C).  This certification means that, pursuant to 28 U.S.C. § 2679(d)(1) and 42 U.S.C. § 233(a), the United States shall now, as a matter of law and without order of the Court, be substituted for Unity Health Care, Inc. as the sole Defendant in this action.  In addition, this certification means that this action "shall be removed" to the District Court, pursuant to 28 U.S.C. § 2679(d)(2) and 42 U.S.C. § 233(c).

5. This Notice is also brought pursuant to 28 U.S.C. § 1442(a)(1), as Plaintiff's action is now against the United States.

WHEREFORE, this action is properly removed from the Superior Court of the District of Columbia.

March 2, 2018

Respectfully submitted,

JESSIE K. LIU
D.C. BAR #472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR #924092
Chief, Civil Division

By:  */s/ Brian J. Field*
BRIAN J. FIELD
D.C. BAR #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2018, I served the foregoing by sending it to the following by United States mail and/or electronic mail:

JASON THOMPSON
#31082-007
3901 Klein Blvd.
Lompoc, CA 93436

ALANE TEMPCHIN
O'Connell & O'Connell, LLC
401 East Jefferson Street
Suite 204
Rockville, Maryland 20850
atempchin@oconnelllaw.com

*/s/ Brian J. Field*
Brian J. Field